HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney for Defendant
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
DANIEL RATNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DANIEL RATNER,<br><br>            Defendant. | No.  Cr.S. 13-00023-KJM<br><br>MOTION FOR RETURN OF NON-CONTRABAND PROPERTY TO DEFENDANT; [proposed] ORDER<br><br>Judge:  Hon. Allison Claire |

Pursuant to Federal Rule of Criminal Procedure 41(g), defendant DANIEL RATNER, through counsel, hereby moves for an order authorizing the return of all non-contraband property seized in this case to his representatives.  When law enforcement searched Mr. Ratner's home, it seized many items that were not contraband and did not constitute evidence in this case.  Mr. Ratner's case is now final and all contraband has been forfeited.  He is currently in custody and seeks to obtain a court order requiring law enforcement to return all other property to his representatives.   A proposed order is attached for the Court's convenience.  Defense counsel will provide Mr. Ratner's representatives with a copy of this motion and order to enable them to obtain the property.  A copy of this motion has been provided to the government, which has no objection.

DATED: March 3, 2014                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Attorney for Defendant

O R D E R

IT IS HEREBY ORDERED that all non-contraband items seized during the investigation of Mr. Ratner be returned to his representatives pursuant to Federal Rule of Criminal Procedure 41(g).

DATED: March 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE